IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL TOLBERT, )
)
       Plaintiff, )
)
vs. ) CIVIL NO. 06-297-GPM
)
RICK SUTTON, MR. WUEBBLES, )
A. FEINERMAN, and JOHN EVANS, )
)
       Defendants. )

# ORDER OF DISMISSAL

**MURPHY, District Judge:**

On December 11, 2008, Defendants Sutton, Wuebbles, and Evans filed a motion for summary judgment with supporting memorandum of law (Doc. 30).[1] On the same date, Defendants sent Plaintiff a notice concerning the consequences of a failure to respond to the motion (Doc. 31). On December 15, 2008, Magistrate Judge Wilkerson also issued a Notice and Order to Respond (Doc. 32). Pursuant to Magistrate Judge Wilkerson's Notice and Order, Plaintiff's response to the motion for summary judgment was due on or before January 11, 2009.

On January 5, the Court received a request from Plaintiff seeking additional time to respond (Doc. 33). Magistrate Judge Wilkerson granted Plaintiff's request on January 12, and the deadline for Plaintiff's response was extended until February 17, 2009 (Doc. 34).

Two weeks have passed since the deadline for Plaintiff's response, and the Court has

---

[1] The Court notes that Defendant Feinerman was dismissed on July 27, 2007, following the Court's preliminary review of the complaint (*see* Doc. 7).

received neither a response nor another request for an extension of time. Pursuant to Southern District of Illinois Local Rule 7.1(c), "[f]ailure to timely file an answering brief to a motion may, in the Court's discretion, be considered an admission of the merits of the motion." Plaintiff was warned at least twice of the consequences of a failure to respond, yet he has not filed a timely response.

Accordingly, the Court exercises its discretion and **GRANTS** the motion for summary judgment filed by Defendants Sutton, Wuebbles, and Evans (Doc. 30). This action is **DISMISSED on the merits**. The Clerk is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: 3/3/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge